JS-6

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9
CENTRAL DISTRICT OF CALIFORNIA

10

11
MARCUS DWAYNE ROSS,                )  No. 2:22-cv-07175-SP
                                   )
12
         Plaintiff,                )
                                   )
13
              v.                   )  **JUDGMENT OF REMAND**
                                   )
14
                                   )
15
KILOLO KIJAKAZI,                   )
Acting Commissioner of Social      )
16
Security,                          )
                                   )
17
                                   )
         Defendant.                )
18

19

20
        The Court having approved the parties' Stipulation to Remand Pursuant to

21
Sentence Four of 42 U.S.C. § 405(g), IT IS HEREBY ORDERED, ADJUDGED AND

22
DECREED that the above-captioned action is remanded to the Commissioner of Social

23

24
Security for further proceedings consistent with the terms of the Stipulation to Remand.

25

26
DATED: June 6, 2023          _____

27
                             THE HONORABLE SHERI PYM
                             UNITED STATES MAGISTRATE JUDGE
28

1